**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6738**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

REGGIE ANDRE BECKTON,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (7:11-cr-00061-BR-1)

Submitted:  January 28, 2021             Decided:  February 19, 2021

Before WYNN and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reggie Andre Beckton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reggie Andre Beckton appeals the district court's text order denying his motion to expand the record. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Beckton*, No. 7:11-cr-00061-BR-1 (E.D.N.C. Mar. 27, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*